AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tallman, Howard R. | 2. Court or Organization<br><br>Bankruptcy Court -- Colorado | 3. Date of Report<br><br>04/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>721 19th Street<br>Denver, CO 80202 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LEI/CLE in Colorado | January 9-12, 2014 | Vail, Colorado | Speaker at national CLE | Seminar registration, lodging, and meals |
| 2. | American Bankruptcy Institute | January 23-24, 2014 | Denver, Colorado | Speaker at national CLE | Seminar registration and meals |
| 3. | Kern-Medina Seminar | June 12-17, 2014 | Princeton, New Jersey | Judicial Humanities seminar attendee | Transportation, seminar registration, lodging, meals, |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   KeyBank -- Accounts | A | Interest | K | T | | | | | |
| 2.   ENT CU | A | Interest | J | T | | | | | |
| 3.   IRA No. 1(a) -- SEI Group | C | Dividend | N | T | Sold (part) | 06/27/14 | K | A | See Part VIII, Note 2 |
| 4.   ---Large Cap Value | | | | | | | | | |
| 5.   ---Large Cap Growth | | | | | | | | | |
| 6.   ---Small Cap Value | | | | | | | | | |
| 7.   ---Small Cap Growth | | | | | | | | | |
| 8.   ---Core Fixed Income | | | | | | | | | |
| 9.   ---International Fixed Income | | | | | | | | | |
| 10.  ---Emerging Markets Debt | | | | | | | | | |
| 11.  ---High Yield Bonds | | | | | | | | | |
| 12.  ---International Equity | | | | | | | | | |
| 13.  ---Emerging Markets Equity | | | | | | | | | |
| 14.  ---Domestic Fixed Income | | | | | | | | | |
| 15.  ---Prime Obligation | | | | | | | | | |
| 16.  IRA No. 1(b) -- SEI Group ---Bond Account | A | Interest | J | T | | | | | |
| 17.  ---Prime Obligation | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA No. 1(c) -- SEI Group | C | Int./Div. | M | T | | | | | |
| 19. ---Fixed Income: Corporate Laddered Bonds | | | | | | | | | |
| 20. ---Prime Obligation | | | | | | | | | |
| 21. IRA No. 1(d) -- WP Carey (X) --CPA Global Income Property | A | Int./Div. | L | T | Open | 06/27/14 | K | | See Part VIII, Note 2 |
| 22. Mutual Fund 1 - SEI Group | | | | | | | | | |
| 23. ---Tax Managed Large Cap | A | Dividend | K | T | | | | | |
| 24. ---Small Cap Value | A | Dividend | J | T | | | | | |
| 25. ---Small Cap Growth | A | Dividend | J | T | | | | | |
| 26. ---Intermediate-Term Municipal | A | Dividend | J | T | | | | | |
| 27. ---International Fixed Income | A | Dividend | J | T | | | | | |
| 28. ---Emerging Markets Debt | A | Dividend | J | T | | | | | |
| 29. ---High Yield Bonds | A | Dividend | J | T | | | | | |
| 30. ---International Equity | A | Dividend | J | T | | | | | |
| 31. ---Emerging Markets Equity | A | Dividend | J | T | | | | | |
| 32. ---Tax-Free Fund | A | Interest | J | T | | | | | |
| 33. Mutual Fund 2 - SEI Group | | | | | | | | | |
| 34. ---Tax Free Fund | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Tax Managed Vol. Fund | A | Dividend | J | T | | | | | |
| 36. ---Tax Managed Large Cap | A | Dividend | J | T | | | | | |
| 37. ---Short Duration Muni | A | Dividend | K | T | | | | | |
| 38. ---Tax Advantage Income | A | Dividend | J | T | | | | | |
| 39. ---Intermediate Term Muni | A | Dividend | J | T | | | | | |
| 40. Jackson National Life | B | Interest | K | T | | | | | |
| 41. Genworth Life Ins. Co. | A | Interest | J | T | | | | | |
| 42. Icon Income Fund Eleven | A | Distribution | J | T | | | | | |
| 43. Pacific Life Variable Annuity | | None | L | T | | | | | See Part VIII, No. 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Howard R. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 43. The income and value are reported in an aggregate amount for the investment as reflected in the annuity's price per unit/share. The only input that I or my financial adviser had in this annuity investment was to provide an initial risk profile. Neither of us has any control over the choice of investment sub-accounts or the allocation of funds among those various sub-accounts. Funds are re-invested or re-balanced by the issuer using either existing, replacement or additional sub-accounts, without prior notice to or input from us.

2. Part VII, Lines 3 and 21.. These listings show acquistion activity in June, 2014 to further diversify holdings held in IRA No. 1, now designated No. 1(a). Cash equivalent funds (Prime Obligation) were liquidated in IRA No. 1(a) and invested in new IRA No. 1(d). The only input that I or my financial adviser had in the process of opening the new IRA account was to determine the total amount of funds to be transferred to this new investment. Going forward, since these funds are all within IRA accounts, I will continue to report the total values of each of the IRA accounts No. 1(a) - (d), but only the names of the underlying individual fund investments within each of those IRAs will be reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard R. Tallman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544